IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00009-DSC

| ANGELIA RENEE FRANKLIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANDREW M. SAUL, | ) | |
| Commissioner of | ) | |
| Social Security Administration, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 10). For the reasons stated in Plaintiff's Motion, it is GRANTED and this matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Signed: May 15, 2020

David S. Cayer
United States Magistrate Judge