# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Angelia Renee Franklin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00009-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul**,** | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2020 Order.

May 15, 2020

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court